UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,

v.

JUAN MERLANO

No.3:08CR97(MRK)

**MOTION TO CONTINUE**

I represent the above named defendant who is scheduled for a plea before Your Honor on March 10, 2010. On March 2, 2010, I had a meeting with my client, Mr. Merlano. At that meeting, lasting three hours, the evidence was discussed. However, we did not discuss the impending plea because of time constraints, though I believed that we were in agreement as to the appropriate disposition of the case.

Today, March 5, 2010, I received a telephone call from the defendant's sister stating that Mr. Merlano was not aware that he would be pleading. It became very clear that she and the defendant did not appreciate the nature and consequences of a plea, and that the defendant and I "were not on the same page." I do not mean to suggest that the defendant is resistant. I think he really does not understand the course he is about to take. His sister wanted to know if the plea will take place before the actual trial and could it be possible to ask "Mr. Kravitz and Mr. Hall to postpone the meeting." I fear defendant is as disoriented.

At guilty pleas many frightening and daunting statements are made to the defendant and without proper preparation, I fear that the guilty plea would not go as smoothly as it should and could precipitate a motion for post conviction relief.

Accordingly I would ask that the plea hearing be adjourned to a date during the last week of March. I would like to meet with the defendant and explain the process again and try to figure out what he does not understand. This will allow all concerned to be confident that the defendant is knowingly entering his plea.

I will be out of the country from March 18-March 25, and that is why I suggest a day during the last week of March.

I have spoken with AUSA Hall and he has no objection to this request for an adjournment.

WHEREFORE, the Court is asked to grant Defendant's request for the relief requested.

Dated: March 5, 2010

Respectfully Submitted,

David S. Zapp, Esq.
(Admitted Pro Hac Vice)
7 east 94th Street, Ste. 1
New York, NY 10128

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the clerk of the court using the CM/ECF system which will electronically send notification of such filing to all parties of record. Any party unable to receive electronic notice will receive a manual copy of the forgoing via U.S. Mail.

David S. Zapp, Esq.
7 East 94th Street, Ste 1
New York, NY 10128