UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | :  NO. 3:08cr97 (MRK) |
| | : |
| JUAN MERLANO | : |

**ENDORSEMENT AND SUPPLEMENTAL SCHEDULING ORDER**

Cognizant of the statutory directive that no continuance may be granted because of general congestion of the Court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government, in accordance with 18 U.S.C. § 3161(h), the Court finds that the ends of justice served by granting a continuance in the above-captioned matter outweigh the best interest of the public and the Defendant in a speedy trial for the following reasons:

1. The failure to grant a continuance would deny counsel for the Defendant and the attorney for the Government the reasonable time necessary to refine the final parameters of the pending plea, and would further deny the Defendant the reasonable time necessary to understand the pending plea and its consequences.

Accordingly, the Court GRANTS the defendant Brian Danzi's Motion For Continuance Of Jury Selection **[doc. # 88]** and finds that the period of delay from March 11, 2010 to April 6, 2010 is properly excludable under 18 U.S.C. § 3161(h)(8). Pursuant to *Federal Rule of Criminal Procedure* 17.1 the following schedule shall govern:

1. Defendants shall file pretrial motions on or before **March 17, 2010**.
2. Government shall file its responses to any such motions together with supporting

      memoranda on or before **March 27, 2010**.

3.      Jury Selection shall take place on **April 6, 2010** at **9:30 a.m.** Trial shall commence immediately thereafter. Proposed voir dire questions and proposed jury instructions shall be filed with the court and served on opposing counsel by no later than **3:00 p.m.** on **May 26, 2008**. An in court pre-trial conference will be held on **March 30, 2010** at **4:00 p.m.**

4.      The pre-trial conference scheduled for **March 10, 2010** is cancelled.

                                       IT IS SO ORDERED.


                                      /s/ Mark R. Kravitz
                                    Mark R. Kravitz
                                    United States District Judge

**Dated at New Haven, Connecticut: March 8, 2010**.