UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:08CR97(MRK) |
| | : | |
| V. | : | |
| | : | |
| JUAN MERLANO   . | : | July 7, 2010 |

MOTION FOR CONTINUANCE

    The Government respectfully moves the Court to continue the sentencing in this case, currently set for July 13, 2010, to a date during the week of July 26.  The request follows on a meeting between counsel today, which was alluded to in the Government's motion for enlargement of time within which to file its sentencing memorandum dated July 2, in which meeting most, if not all, sentencing Guideline issues were thoroughly discussed and resolved, obviating the need for a lengthy sentencing hearing.

    This motion is made with the consent of the defendant, and is the last such motion contemplated by the parties.

.

                                            Respectfully submitted,
                                            DAVID B. FEIN
                                            UNITED STATES ATTORNEY


                                            /s/ H. GORDON HALL
                                            ASSISTANT U.S. ATTORNEY
                                            Federal Bar No. CT05153
                                            157 Church Street, 23rd Floor
                                            New Haven, CT  06510
                                            Tel.: (203) 821-3700
                                            Fax: (203) 773-5391
                                            Gordon.Hall@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on July 7, 2010, a copy of the foregoing Government's Motion for Continuance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

    /s/ H. GORDON HALL
    ASSISTANT U.S. ATTORNEY
    Federal Bar No. CT05153
    157 Church Street, 23rd Floor
    New Haven, CT  06510
    Tel.: (203) 821-3700
    Fax: (203) 773-5391
    Gordon.Hall@usdoj.gov